TRIPLE E ASSOCIATES v. TOWN OF MATTHEWS

No. 593P94

Case below: 116 N.C.App. 738

Petition by respondent for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

TRULL v. CENTRAL CAROLINA BANK

No. 19P95

Case below: 117 N.C.App. 220

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.

PETITION TO REHEAR

STATE EX REL. UTILITIES COMM. v. N.C. POWER

No. 230A93

Case below: 338 N.C.412

Petition by defendant to rehear pursuant to Rule 31 denied 13 February 1995.